UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )            BK No.: 18-32221
Andrew Kelstrom  )
  )              Chapter: 13
  )              Honorable Pamela S. Hollis
  )
  )
Debtor(s)  )

**ORDER VACATING ORDER FOR PAYROLL CONTROL ENTERED ON 11/20/2018**

THIS MATTER coming to be heard on the MOTION TO VACATE ORDER FOR PAYROLL CONTROL ENTERED ON 11/20/2018 PURSUANT TO FED. R. BANKR. P. 9024, the court having jurisdiction, with due notice having been given to all parties in interest, the court orders that the order entered on 11/20/2018 ordering payroll control is hereby vacated.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: April 05, 2019

**Prepared by:**

Briana Czajka
Geraci Law LLC
55 E. Monroe, Ste. 3400
Chicago, IL 60603